UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| LACHRISTAL S. LEWIS,          )<br>                                                    )<br>       Plaintiff,                        )<br>                                                    )<br>v.                                                )<br>                                                    )<br>PORTFOLIO RECOVERY      )<br>ASSOCIATES, LLC, et al.,       )<br>                                                    )<br>       Defendants.                   ) | Civil Action No. 3:19-CV-022-CHB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice [R. 9] of each of Plaintiff's claims against all parties in this matter pursuant to Fed. R. Civ. P 41(a)(1)(A)(i). Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE** as to all defendants, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket, with each party to bear its own costs and fees.

March 25, 2019

Claria Boom, District Judge
United States District Court

cc:   Counsel of Record

- 1 -